**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JESSIE RAY WILLIAMS #143236, Petitioner | CIVIL ACTION NO. 20-1491-P |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| JAMES M LEBLANC, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 12), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of April, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT